IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BRANDON D. BLOUNT,
    Plaintiff,

v.                                                Civil No. 3:23cv33 (DJN)

ANTIONETTE V. IRVING, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 10, 2023, the Court directed Plaintiff to pay an initial partial filing fee of $15.89 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. (ECF No. 6); *see* 28 U.S.C. § 1915(b)(1) (proceedings *in forma pauperis*). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Final Order shall issue.

                                                          /s/
                                            David J. Novak
                                            United States District Judge

Richmond, Virginia
Dated: May 18, 2023